UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEWELDE FOTO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 25-cv-04662-RFL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 1 |

    The complaint was filed on June 3, 2025. (Dkt. No. 1.) To date, Plaintiffs have not filed proof of service as to Defendant. Rule 4(m) of the Federal Rules of Civil Procedure requires service within ninety days. Plaintiffs are therefore **ORDERED** to show cause, in writing, by **October 8, 2025**, as to why their complaint should not be dismissed for failure to prosecute. The Court **DIRECTS** Plaintiffs to file proof of service by **October 15, 2025**, if they wish to pursue their claims against Defendant. If Plaintiffs fail to file proof of service by that date, the complaint will be subject to dismissal without prejudice without further notice. *See* Fed. R Civ. P. 4(m).

    **IT IS SO ORDERED.**

Dated: September 24, 2025

                                           RITA F. LIN<br>                                           United States District Judge